FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MENDENHALL, JR.,<br><br>         Petitioner,<br><br>     v.<br><br>J.L. NORWOOD, Warden,<br><br>         Respondent. | Case No. CV 08-1093-ODW (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: 6-6-08

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE